JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Lelend Naehu; and K.N., a minor, by and through her Guardian Ashlee Naehu,<br><br>            Plaintiffs,<br><br>     v.<br><br>Jamar Lakeith Glasper, an individual; United States of America, through the United States Postal Service, an agency of the Government of the United States of America, DOES 1 through 10, inclusive; and ROE Business Entities 1 through 10 inclusive,<br><br>            Defendants. | Case No. 2:24-cv-01705-CDS-BNW<br><br>**Stipulation to Extend United States' Deadline to File Response to Plaintiff's Complaint**<br><br>**(Second Request)** |

Plaintiff, Ashlee Naehu, through counsel and the United States of America on behalf of Federal Defendants, through undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff filed the Complaint on September 12, 2024 (ECF No. 1-1).

2. Plaintiff served the United States with a copy of the Summons and Complaint on September 30, 2024.

3. The current deadline for the United States to respond to the Plaintiff's Complaint is December 18, 2024.

1  Plaintiff and the United States, through undersigned counsel, agree and stipulate
2 that the United States' time to respond to the Plaintiff's Complaint shall be extended to
3 January 3, 2025. This is the second request for extension of time.
4  The extension of time is necessary for the United States' counsel to review the
5 recently obtained relevant information relating to the alleged traffic incident from the
6 United States Postal Service.
7  Therefore, the parties request that the Court extend the deadline for the United
8 States to file a responsive pleading to Plaintiff's Complaint to January 3, 2025.
9  This stipulated request is filed in good faith and not for the purpose of undue delay.
10  Respectfully submitted this 19th day of December 2024

JASON M. FRIERSON
United States Attorney

/s/ Ralph A. Schwartz
RALPH A. SCHWARTZ, ESQ.
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101

*Attorney for Plaintiff*

/s/ Karissa D. Neff
KARISSA D. NEFF
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/23/2024