RALPH A. SCHWARTZ, ESQ.
Nevada Bar No. 5488
**RALPH A. SCHWARTZ, P.C.**
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Telephone No.: (702) 888-5291
Facsimile No.: (702) 888-5292
Email: mail@888law1.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LELEND NAEHU, an individual; and K. N., a minor, by and through her Guardian ASHLEE NAEHU<br><br>Plaintiffs<br><br>vs.<br><br>JAMAR LAKEITH GLASPER, an individual; UNITED STATES OF AMERICA, through the UNITED STATES POSTAL SERVICE, an agency of the Government of the United States of America, DOES 1 through 10, inclusive; and ROE BUSINESS ENTITIES 1 through 10 inclusive,<br><br>Defendants | CASE NO:   2:24-cv-01705-CDS-BNW<br><br>**Order Approving STIPULATION TO EXTEND DEADLINE FOR OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>[ECF No. 19] |

Pursuant to Fed. R. Civ. P. 6(b)(1)(B), as well as LR IA 6-1, LR 26-3, Plaintiffs, Lelend Naehu and K.N., a minor, thorough her Guardian Ashlee Naehu, and Defendant United States of America, by and through their undersigned counsel, stipulate and agree to an extension to file Plaintiffs' Opposition to Federal Defendants' Motion to Dismiss Plaintiffs' Complaint. The current deadline is January 17, 2025. The parties agree and stipulate that Plaintiffs' time to respond to defendants' motion to dismiss shall be **extended by 15 days to January 31, 2025**. This is the first request for extension.

On January 13, 2025, Defendants filed a motion to dismiss plaintiffs' complaint in its entirety on the grounds that Plaintiffs failed to timely submit their administrative claims for

traffic accident to the USPS; Plaintiffs' claims for negligence per se and respondeat superior are not recognized as separate causes of action under the FTCA; and that the USPS driver (Glasper) and the USPS should be dismissed because United States agencies and employees cannot be sued under the FTCA. Further, Defendants claim that attorney's fees and prejudgment interest are not proper in an FTCA action and require dismissal.

This request is not made for the purpose of causing undue delay and prejudice. The parties are acting in good faith to get this case resolved.

For the foregoing reasons, the parties request that the Court extend the deadline for the opposition to defendants' motion to dismiss Plaintiffs' complaint to January 31, 2025.

Respectfully submitted this 17th day of January, 2025

RALPH A. SCHWARTZ, P.C.                    U.S. ATTORNEYS OFFICE


/s/ Ralph A. Schwartz                               /s/ Karissa D. Neff, Esq.
RALPH A. SCHWARTZ, ESQ.                     KARISSA D. NEFF, ESQ.
Nevada Bar No. 5488                                Assistant United States Attorney
400 South Seventh Street, Suite 100          501 S. Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101                         Las Vegas, NV 89101
*Attorney for Plaintiff*                              *Attorneys for the United States*


Based on the parties' stipulation, the deadline for plaintiffs to file an opposition to defendants' motion to dismiss is extended to January 31, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED:   January 21, 2025