SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Lelend Naehu; and K.N., a minor, by and through her Guardian Ashlee Naehu,<br><br>Plaintiffs<br><br>v.<br><br>Jamar Lakeith Glasper, an individual; United States of America, through the United States Postal Service, an agency of the Government of the United States of America, DOES 1 through 10, inclusive; and ROE Business Entities 1 through 10 inclusive,<br><br>Defendants | Case No. 2:24-cv-01705-CDS-BNW<br><br>**Order Approving** Stipulation to Extend United States' Deadline to File Reply in Support of Its Motion to Dismiss<br><br>**(First Request)**<br><br>[ECF No. 25] |

Plaintiff, Ashlee Naehu, through counsel and the United States of America on behalf of Federal Defendants, through undersigned counsel, hereby stipulate and agree as follows:

1. Federal Defendants filed their Motion to Dismiss on January 3, 2025 (ECF No. 17).

2. Plaintiffs filed their response to Federal Defendants Motion to Dismiss on February 3, 2025 (ECF No. 23).

3. The current deadline for Federal Defendants to file their Reply in support of their Motion to Dismiss is February 10, 2025 (ECF No. 23).

4. Plaintiff and the United States, through undersigned counsel, agree and stipulate that the United States' time to respond to the file their Reply in support of their Motion to Dismiss shall be extended to February 14, 2025.

5. The extension of time is necessary due to counsel for Federal Defendant's workload.

Therefore, the parties request that the Court extend the deadline for the United States to file a Reply in support of their Motion to Dismiss to February 14, 2025.

This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 10th day of February, 2025.

|  |  |
|---|---|
| | SUE FAHAMI<br>Acting United States Attorney |
| */s/ Ralph A. Schwartz*<br>RALPH A. SCHWARTZ, ESQ.<br>400 South Seventh Street, Suite 100<br>Las Vegas, Nevada 89101<br><br>Attorney for Plaintiff | */s/ Karissa D. Neff*<br>KARISSA D. NEFF<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

Based on the parties' stipulation, the deadline for the United States to file a reply in support of its motion to dismiss is extended to February 14, 2025.

_____
**UNITED STATES DISTRICT JUDGE**
**DATED:** February 11, 2025

2