SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Lelend Naehu; and K.N., a minor, by and through her Guardian Ashlee Naehu,<br><br>Plaintiffs,<br><br>v.<br><br>Jamar Lakeith Glasper, an individual; United States of America, through the United States Postal Service, an agency of the Government of the United States of America, DOES 1 through 10, inclusive; and ROE Business Entities 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:24-cv-01705-CDS-BNW<br><br>**Stipulation to Stay Discovery** |

Plaintiffs, Ashlee Naehu, and K.N., a minor, through counsel, and the United States of America on behalf of Federal Defendants, through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff filed the Complaint on September 12, 2024 (ECF No. 1-1).

2. Federal Defendants filed their Motion to Dismiss Plaintiffs' Complaint on January 3, 2025, arguing that Plaintiffs' claims are time barred by the Federal Tort Claims Act's two-year statute of limitations (ECF No. 17)

3. Although Federal Defendants filed a Motion to Stay Discovery pending the outcome of their Motion to Dismiss (ECF No. 32), the Court has issued a minute order

that the parties' Discovery Plan and Scheduling Order is due March 10, 2025 (ECF No. 31).

4. Because neither the Motion to Dismiss or Motion to Stay Discovery will be decided by March 10, 2025, the parties respectfully request that the Court stay discovery in this matter pending its ruling on Federal Defendants' Motion to Dismiss and vacate the pending March 10, 2025, Discovery Plan and Scheduling Order due date.

Therefore, the parties request that the Court stay discovery in this matter pending its ruling on Federal Defendants' Motion to Dismiss as well as vacate the upcoming due date of March 10, 2025, for the parties' Discovery Plan and Scheduling Order.

This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 7th day of March 2025.

|  |  |
|---|---|
| /s/ Ralph A. Schwartz | SUE FAHAMI |
| RALPH A. SCHWARTZ, ESQ. | Acting United States Attorney |
| 400 South Seventh Street, Suite 100 |  |
| Las Vegas, Nevada 89101 | /s/ Karissa D. Neff |
|  | KARISSA D. NEFF |
| *Attorney for Plaintiff* | Assistant United States Attorney |
|  |  |
|  | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 3/10/2025

**IT IS FURTHER ORDERED** that the parties must file a Discovery Plan and Scheduling Order within 14 days of the Court's decision on the Motion to Dismiss.

**IT IS FURTHER ORDERED** that Defendants' Motion to Stay Discovery (ECF No. 32) is **DENIED as moot**.