SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Lelend Naehu; and K.N., a minor, by and through her Guardian Ashlee Naehu,

Plaintiffs,

v.

Jamar Lakeith Glasper, et al,

Defendants.

Case No. 2:24-cv-01705-CDS-BNW

**Stipulation to Extend Time for United States to File Response to Plaintiffs' Supplemental Briefing Re: Equitable Tolling**

**(First Request)**

Plaintiffs, Ashlee Naehu, and K.N., a minor, through counsel, and the United States of America, through their undersigned counsel, hereby stipulate and agree as follows:

1. The Court issued an Order Granting Defendants' Motion to Dismiss and Denying Plaintiffs' Motion to Amend. ECF No. 35.

2. In so doing, the Court permitted Plaintiffs to file supplemental briefing addressing equitable tolling by September 19, 2025. *Id.*, p. 6.

3. Plaintiff filed their Supplemental Briefing Re: Equitable Tolling on September 19, 2025. ECF No. 36.

3. The Court permitted the United States to respond to Plaintiffs' supplemental brief within 14 days, making the due date October 3, 2025. *Id.*

4 The parties now stipulate and agree, that the United States shall have up to and including October 10, 2025, to file a response brief to Plaintiff's supplemental brief.

This stipulated request is filed in good faith and not for the purpose of undue delay. The parties request the extension of time as counsel for the United States will be out of the office on pre-scheduled leave the week of October 29, 2005.

Respectfully submitted this 26th day of September 2025.

SIGAL CHATTAH
Acting United States Attorney

*/s/ Ralph A. Schwarrtz, Esq.*
RALPH A. SCHWARTZ, ESQ.
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101

*Attorney for Plaintiff*

*/s/ Karissa D. Neff*
KARISSA D. NEFF
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

______________________________
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** ______________________________