TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar Number 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Lelend Naehu; and K.N., a minor, by and through her Guardian Ashlee Naehu,<br><br>Plaintiffs,<br><br>v.<br><br>Jamar Lakeith Glasper, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-01705-CDS-BNW<br><br>**Stipulation to Extend Time Retroactively for the United States of America to File Its Response to Plaintiffs' Supplemental Briefing Re: Equitable Tolling**<br><br>**(Second Request)** |

Plaintiffs, Ashlee Naehu, and K.N., a minor, and Defendant United States of America, through their respective undersigned counsel, hereby stipulate and agree as follows:

1. On September 4, 2025, the Court issued an Order Granting Defendants' Motion to Dismiss (ECF No. 17) and Denying Plaintiffs' Motion to Amend (ECF No. 24). ECF No. 35.

2. In so doing, the Court permitted Plaintiffs to file supplemental briefing addressing equitable tolling by September 19, 2025. *Id.*, p. 6.

3. On September 19, 2025, Plaintiffs filed their Supplemental Briefing Re: Equitable Tolling. ECF No. 36.

4. The original deadline for the United States to respond to Plaintiffs' supplemental brief was October 3, 2025. *See id.*

5. On September 26, 2025, the parties stipulated to extend that deadline for the United States to respond to October 10, 2025. ECF No. 37.

6. On September 29, 2025, the Court granted the parties' stipulation. ECF No. 38.

7. On October 1, 2025, appropriations for the federal government lapsed.

8. On October 2, 2025, following the lapse in appropriations for the federal government, the District Court issued General Order No. 2025-07, which imposed a general stay of "all civil actions and civil miscellaneous matters pending in the U.S. District Court for the District of Nevada." *See* Gen. Order 2025-07 at 1:14-18. The Court further ordered that "all filing and discovery deadlines imposed upon the United States, any of its federal agencies, and any of its officers or employees, are extended by the number of days equal to the length (in days) of the lapse of appropriations plus ten days, provided that if the lapse is seven days or fewer, such extension shall be the number of days equal to the length (in days) of the lapse of appropriations plus five days." *Id*. at 1:18-22.

9. On November 12, 2025, the United States Congress enacted, and the President signed, a continuing resolution restoring appropriations and funding for the Department of Justice. In accordance with General Order No. 2025-07, ¶6, the United States Attorney's Office notified the Court on November 13, 2025, that funding had been restored effective November 12, 2025, and the deadline for the United States to respond was thus automatically postponed by fifty-three (53) days to December 2, 2026.

10. The United States failed to respond by that deadline.

11. Former AUSA Karissa Neff, who was lead counsel for the United States in this matter, left the office during the lapse of appropriations. This matter was reassigned to AUSA Christian Ruiz, who has been out of the office since April 3, 2026. Undersigned AUSA Tamer Botros is now taking over this matter in AUSA Ruiz's absence.

12. Under Federal Rule of Civil Procedure 6(b)(1)(B), the Court may extend a deadline "on motion made after the time has expired if the party failed to act because of excusable neglect."

13. The Civil Division of the United States Attorney's Office has experienced extended staffing shortages since June 2025, operating at or below 50% of its full civil AUSA capacity. Coupled with the massive volume of habeas immigration cases which have fully occupied the United States Attorney's Office for the District of Nevada, the United States' response in this matter was excusably neglected.

14. The parties stipulate and request that the United States have until June 12, 2026, to file its response to Plaintiffs' supplemental brief, in order to provide undersigned AUSA with the time needed to review the file and prepare a response.

15. This is the second request to extend the time for the United States to respond. This stipulated request is filed in good faith and not for the purpose of undue delay.

Accordingly, the parties respectfully request that the Court grant this stipulation for a retroactive extension of time to June 12, 2026, for the United States to file is response to Plaintiffs' supplemental brief.

Respectfully submitted this 22nd day of May 2026.

RALPH A. SCHWARTZ, PC

*/s/ Ralph A. Schwartz, Esq.*
RALPH A. SCHWARTZ, ESQ.
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney

*Attorneys for the United States of America*

**IT IS SO ORDERED:**

______________________________
**U.S. DISTRICT / MAGISTRATE JUDGE**

**DATED:** ______________________________